UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

In Re:

RONALD LANCZ,

Debtor.

Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-22352

Judge: MBK

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby ORDERED

**DATED: March 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Ronald Lancz
Case No: 16-22352 (MBK)
Caption of Order: Consent Order Extending Deadlines

The first meeting of creditors, having been scheduled, and the Debtor by and through its attorneys, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to May 31, 2017

/s/Thomas J. Orr
Trustee

Dated: March 5, 2017

/s/Brian W Hofmeister
Attorney for Debtor
Dated: 3/6/17

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald Lancz  
    Debtor

Case No. 16-22352-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db            +Ronald Lancz,    803 Twin Oaks Drive,    Lakewood, NJ 08701-7151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:  
           Brian W. Hofmeister    on behalf of Debtor Ronald  Lancz bwh@hofmeisterfirm.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee  
            jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
           Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
           Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com  
           United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 6