**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 16−22352−MBK | **DATE FILED::** 6/27/16 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Ronald Lancz  xxx−xx−5773 | ADDRESS OF DEBTOR(S): 803 Twin Oaks Drive Lakewood, NJ 08701 |
| DEBTOR'S ATTORNEY: Brian W. Hofmeister Law Firm of Brian W. Hofmeister, LLC 3131 Princeton Pike Bldg. 5, Suite 110 Lawrenceville, NJ 08648  609−890−1500 | TRUSTEE: Thomas Orr Law Office of Thomas J. Orr 321 High Street Burlington, NJ 08016−4496 (609) 386−8700 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/29/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 30, 2017                                           FOR THE COURT
                                                                                      Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-22352-MBK
Ronald Lancz                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Oct 30, 2017
                              Form ID: noa               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
```
db            +Ronald Lancz,    803 Twin Oaks Drive,    Lakewood, NJ 08701-7151
acc            Gershon Biegeleisen & Co.,    1111 Madison Ave.,    Lakewood, NJ  08701
cr            +The Bank of New York Mellon fka The Bank of New Yo,    c/o Deily, Mooney & Glastetter, LLP,
                8 Thurlow Terrace,    Albany, NY 12203-1006
516257917     +Bank of New York,    c/o Kivitz McKeever Lee,    Sentry Office Plaza,
                216 Haddon Ave., Suite 406,    Collingswood, NJ 08108-2812
516281898     +NJ Natural Gas Co.,    PO Box 1464,    Wall, NJ 07719-1464
516296074      Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
516281897     +New York State Workers Comp Board,    Finance Office, Assessment Unit,    328 State St., RM 331,
                Schenectady, NY 12305-3201
516419255     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516469159     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516770821      The Bank of New York Mellon fka The Bank of New,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826, Greenville SC 29603-0826
516363001     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
516281901     +United Healthcare,    c/o Parsons Behle & Latimer,    800 West Main Street, Suite 1300,
                Boise, ID 83702-5948
516281902      Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QTJORR.COM Oct 30 2017 22:23:00      Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:21      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516308429      EDI: GMACFS.COM Oct 30 2017 22:23:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
516281888     +EDI: GMACFS.COM Oct 30 2017 22:23:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
516281889     +EDI: AMEREXPR.COM Oct 30 2017 22:23:00      American Express,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
516281890      EDI: CAPITALONE.COM Oct 30 2017 22:23:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
516281892     +EDI: CHASE.COM Oct 30 2017 22:23:00      Chase,    Bank One Card Services,    800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
516281891      EDI: CHASE.COM Oct 30 2017 22:23:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516281893      EDI: CHASE.COM Oct 30 2017 22:23:00      Chase Card,    Post Office Box 15148,
                Wilmington, DE 19850-5148
516281894      EDI: CITICORP.COM Oct 30 2017 22:23:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
516281895      EDI: IIC9.COM Oct 30 2017 22:23:00      IC System, Inc.,    444Highway 96 East,
                Post Office Box 64437,    Saint Paul, MN 55164-0437
516257920      EDI: IRS.COM Oct 30 2017 22:23:00      Internal Revenue Service,    1111 Constitution Ave., N.W.,
                Washington, DC 20224
516281896      EDI: NAVIENTFKASMSERV.COM Oct 30 2017 22:23:00      Navient,    PO Box 9640,
                Wilkes Barre, PA 18773-9640
516281900      EDI: RMSC.COM Oct 30 2017 22:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
516406932      EDI: RMSC.COM Oct 30 2017 22:23:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
516317481      EDI: RMSC.COM Oct 30 2017 22:23:00      Synchrony Bank,
                c/o of Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516257921      EDI: TFSR.COM Oct 30 2017 22:23:00      Toyota Motor Credit,    4 Gatehall Drive, Suite 350,
                Parsippany, NJ 07054
516920083      EDI: BL-BECKET.COM Oct 30 2017 22:23:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516417406      EDI: BL-TOYOTA.COM Oct 30 2017 22:23:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516634874     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18       United States Trustee,
                One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Oct 30, 2017
                              Form ID: noa              Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
516257919*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Attn: Special Procedures,
                  955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516257918*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516281899*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08646-0245)
516257922*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Drive - Suite 350,
                  Parsippany, NJ 07054)
516428496*   +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                ADDISON, TEXAS 75001-9013
516363023*   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
                                                                                      TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              Brian W. Hofmeister    on behalf of Debtor Ronald  Lancz bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```